UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/3/2020_

OCTAVIO A. SIRI, on behalf of himself and all others similarly situated,

      Plaintiff,

-against-

IC SYSTEM, INC.,

      Defendant.

19 Civ. 4961 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  In light of the discovery disputes pending before the Honorable Deborah C. Freeman, ECF No. 24, the case management conference scheduled for January 6, 2020, is ADJOURNED *sine die*.

  SO ORDERED.

Dated: January 3, 2020
   New York, New York

                _____
                ANALISA TORRES
               United States District Judge