UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCTAVIO A. SIRI, on behalf of himself and all
others similarly situated,

                              Plaintiff,

            -against-

IC SYSTEM, INC.,

                              Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/7/2020
```

19 Civ. 4961 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On July 14, 2020, the Court ordered the parties to submit a joint status report by August 6, 2020, in advance of the case management conference scheduled for August 13, 2020. ECF No. 28. That submission is now overdue. It is ORDERED that by **August 10, 2020**, the parties shall file the required joint status letter. *See* ECF No. 18 ¶ 16.

            SO ORDERED.

Dated: August 7, 2020
            New York, New York

_____
            ANALISA TORRES
            United States District Judge