```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/11/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCTAVIO A. SIRI, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

IC SYSTEM, INC.,

        Defendant.

19 Civ. 4961 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the parties' representations that Plaintiff intends to move for class certification, and that both parties intend to move for summary judgment, the case management conference scheduled for August 14, 2020, is ADJOURNED *sine die*.

    The Court's Individual Practices in Civil Cases require pre-motion letters in advance of motions for class certification and summary judgment. *See* Individual Practices in Civil Cases Rules III(A), (C). It is ORDERED that by **August 25, 2020**, any party that intends to file a motion for class certification or a motion for summary judgment shall file a pre-motion letter with respect to that motion, complying with the Court's Individual Practices. By **September 1, 2020**, the parties shall file the response letters required by the Court's rules.

    SO ORDERED.

Dated: August 11, 2020
       New York, New York

                                             ANALISA TORRES
                                    United States District Judge